JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samual Liera<br><br>　　　　Plaintiff,<br><br>v.<br><br>Szabo Associates, Inc. and National Funding, Inc.<br>　　　　Defendant. | Case No.: 8:17-cv-00238-JLS-DFM<br><br>**ORDER GRANTING THE JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

Based upon the Joint Motion to Dismiss, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

Dated: August 29, 2017

JOSEPHINE L. STATON
Hon. Josephine L. Staton